IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN McDANIEL,              | 1:07-cv-01508-LJO-SMS PC |
|     Plaintiff, | ORDER TO SUBMIT CERTIFIED COPY OF PRISON TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE WITHIN THIRTY (30) DAYS |
|     vs. | |
| KEN CLARK, | |
|     Defendant. | |

  Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

  Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2).

  Plaintiff will be provided the opportunity to submit a certified copy of his trust account statement in support of his request to proceed in forma pauperis, **or** pay the $350.00 filing fee.

-1-

1  In accordance with the above, IT IS HEREBY ORDERED that within thirty days
2  of the date of service of this order, plaintiff shall submit a certified copy of his prison trust
3  account statement for the six month period immediately preceding the filing of the complaint, or
4  in the alternative, pay the $350.00 filing fee for this action.  Failure to comply with this order will
5  result in a recommendation that this action be dismissed.

7  IT IS SO ORDERED.
8  **Dated:    October 18, 2007**            /s/ Sandra M. Snyder
                                             UNITED STATES MAGISTRATE JUDGE