# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN MCDANIEL,<br><br>        Plaintiff,<br><br>   v.<br><br>WARDEN KEN CLARK, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:07-cv-01508-LJO-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO EXHAUST<br><br>(Docs. 1 and 10) |

Plaintiff Norman McDaniel ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 27, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 27, 2008, is adopted in full; and
2. This action is dismissed, without prejudice, for failure to exhaust prior to filing suit.

IT IS SO ORDERED.

**Dated:   July 22, 2008**                  **/s/ Lawrence J. O'Neill**
                                                      UNITED STATES DISTRICT JUDGE